UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO BANK NA,<br>　　　　　Plaintiff(s),<br>　v.<br>RAIDEN LLC et al.,<br>　　　　　Defendant(s),<br>　v.<br>BANK OF AMERICA, N.A.,<br>　　　　　Garnishee-Defendant. | CASE NO. MC24-0004<br><br>ORDER ON RENEWED APPLICATION FOR WRIT OF GARNISHMENT |

　　　　This matter comes before the Court on Plaintiff's renewed application for writ of garnishment. Dkt. No. 4. Plaintiff seeks a writ of garnishment for property in which the Defendant/Judgment Debtor, Raiden, LLC, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America, N.A. Dkt. No. 4 at 1–2.

　　　　The Court has reviewed the renewed application for writ of garnishment and proposed writ of garnishment, along with the remainder of the record in this matter. The Court GRANTS Plaintiff's application and ORDERS the Clerk of Court to issue the writ of garnishment submitted by Plaintiff's counsel on February 14, 2024. Dkt. No. 4 at 4–6.

　　　　Dated this 15th day of February 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge